UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| E.K., a single woman; and JOHN AND JANE DOE, husband and wife and parents of E.K.,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL VALLEY SCHOOL DISTRICT NO. 356, *et al*,<br><br>Defendants. | No. 2:13-CV-00094-LRS<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT RE: CLAIMS AGAINST INDIVIDUAL DEFENDANTS** |

Pursuant to the Stipulation of the parties (ECF No. 185), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal of Specific Named Defendants (**ECF No. 185**) and Motion to Expedite (**ECF No. 186**) are **GRANTED**.

2. The Clerk of the Court shall enter judgment of dismissal of the claims in the Second Amended Complaint (ECF No. 133) against Defendants **Dave Bouge**, **Lise Louer**, **Robert Johnson**, and **Michael O. Pearson**, with prejudice and without costs or fees to any party.

3. The portion of Defendants' Motion for Partial Summary Judgment (**ECF No. 159**) pertaining to the claims against the individual Defendants is **MOOT**.

ORDER - 1

4. Plaintiffs' claims against Defendant Central Valley School District remain.

The Clerk of this court shall enter this Order and judgment and forward copies to counsel.

DATED this    22nd    day of February, 2016.

　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2