# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| E.K., a single woman; and JOHN AND JANE DOE, husband and wife and parents of E.K., <br><br> *Plaintiff* <br> v. <br> CENTRAL VALLEY SCHOOL DISTRICT NO. 356, et al., <br><br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:13-CV-0094-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court's Order entered February 22, 2016, all claims in the Second Amended Complaint (ECF No. 133) against Defendants Dave Bouge, Lise Louer, Robert Johnson, and Michael O. Pearson, are dismissed with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a motion for Stipulated Dismissal.

Date: 02/22/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas