# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| E.K., a single woman; and JOHN AND JANE DOE, husband and wife and parents of E.K., <br> *Plaintiff* <br> v. <br> CENTRAL VALLEY SCHOOL DISTRICT NO. 356, <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:13-CV-0094-LRS-1 |

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Stipulation for Dismissal entered into by the parties is granted. The claims in the Plaintiffs' Second Amended Complaint against Defendant Central Valley School District No. 356 are dismissed with prejudice and without costs or fess to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko  on a motion for Stipulated Dismissal.

Date:  April 26, 2016.

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb